IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


EDWIN F. WASHINGTON,
    Petitioner,

vs.                                          Case No. 5:07cv178/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

### **ORDER**

      Petitioner, an inmate proceeding pro se, initiated this action by filing a petition for writ of mandamus (Doc. 1).  Petitioner has also filed a motion to proceed in forma pauperis (Doc. 7).

      Upon review of the motion to proceed in forma pauperis, the court concludes that although Petitioner provided a financial certificate, he failed to provide the requisite supporting documentation for the motion and certificate, specifically, <u>with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint</u>.  *See* 28 U.S.C. § 1915(a)(2).  Therefore, the motion will be denied without prejudice to Petitioner's refiling a complete motion with the required supporting documentation.

      Accordingly, it is **ORDERED**:

      1.     Petitioner's motion to proceed in forma pauperis (Doc. 7) is **DENIED** without prejudice.

      2.     The clerk shall send Petitioner a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

      3.     Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with

the requisite prisoner consent form and financial certificate, <u>including an attached computer printout of the transactions in his prison account during the preceding six month period</u>.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 13th day of August 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**